# Court of Appeals
# of the State of Georgia

ATLANTA, _July 14, 2025_

*The Court of Appeals hereby passes the following order:*

## A25D0449. WESLEY COOPER v. THE STATE.

Wesley Cooper appeals the trial court's order denying his pro se motion for credit for time served. The proper method for seeking credit for time served is through a mandamus action against prison officials. See *Warbington v. State*, 303 Ga. 649, 651 (814 SE2d 351) (2018). Such a motion filed in a criminal case is a nullity, which presents nothing to appeal. See id. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _07/14/2025_

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*